## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIL FURSAN JAMIL ASFOUR**<br>**5501 Seminary Road**<br>**Falls Church, VA 22041**<br><br>**JOMANA FAISAL MUSMAR**<br>**5501 Seminary Road**<br>**Falls Church, VA 22041**<br><br>    **Plaintiffs**<br>**v.**<br><br>**EMILIO T. GONZALEZ, Director**<br>**U.S. Citizenship and Immigration Services,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**20 Massachusetts Avenue, N.W.**<br>**Washington, DC 20529**<br><br>**MICHAEL CHERTOFF, Secretary**<br>**U.S. Department of Homeland Security,**<br>**In his official capacity as well as his successors**<br>**and assigns,**<br>**425 Murray Drive, Building 410**<br>**Washington, DC 20528**<br><br>**ROBERT S. MUELLER, Director**<br>**Federal Bureau of Investigation,**<br>**In his official capacity as well as his  successors**<br>**and assigns,**<br>**J. Edgar Hoover Building**<br>**935 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20535**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>MANDAMUS COMPLAINT FOR DECLARATORY</u>
## <u>AND INJUNCTIVE RELIEF</u>

The Plaintiffs, JAMIL FURSAN JAMIL ASFOUR, and JOMANA FAISAL MUSMAR,

by counsel, complain of the Defendants, EMILIO T. GONZALEZ, Director, U.S. Citizenship &

Immigration Services; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; and ROBERT S. MUELLER, Director, Federal Bureau of Investigation, as follows:

## PREFATORY STATEMENT

1.    This is a mandamus action for declaratory and injunctive relief to compel the Defendants and those acting under them to immediately and forthwith take all appropriate actions to adjudicate Plaintiff Jomana Faisal Musmar's Petition for Alien Relative, Form I-130, filed on behalf of her husband, Jamil Fursan Jamil Asfour, pursuant to 8 U.S.C. § 1154, and Plaintiff Jamil Fursan Jamil Asfour's application for adjustment of status, Form I-485, filed pursuant to 8 U.S.C. § 1255, which were properly filed and received by the Defendants, the United States Department of Homeland Security ("DHS"), United States Citizenship & Immigration Services ("USCIS"), on September 23, 2005. *See* Exh. 1 (Receipt Notices from USCIS). The I-130 petition for alien relative and the application for adjustment of status remain pending within the jurisdiction of the Defendants, who have improperly withheld action and adjudication for over two years, to the detriment of the rights and privileges of the Plaintiffs, Ms. Musmar and Mr. Asfour.

## I. JURISDICTION

2.    This Court has jurisdiction pursuant to 8 U.S.C. § 1329 (jurisdiction of the district courts) , 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the Plaintiffs and to compel the Defendants to perform a duty that the Defendants owe to the Plaintiffs.  Under 28 U.S.C. § 1361, "[t]he district courts

shall have original jurisdiction of any action in the nature of mandamus to compel an officer or

employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

Jurisdiction is also conferred by 5 U.S.C. § 704, the Administrative Procedures

Act ("APA"). An agency has a duty to conclude a matter presented to it within a "reasonable

time." 5 U.S.C. § 555(b). "Accordingly, the scope of judicial review includes 'compel[ling]

agency action unlawfully withheld or unreasonably delayed. [5 U.S.C.] § 706(1)." *Liu v. Novak*,

---F. Supp.2d---, 2007WL2460425 (D.D.C. 2007) ("[T]he Court does have jurisdiction over

plaintiff's APA claim that defendants have unreasonable delayed adjudicating his application.")

    3. Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252,

does not deprive this Court of jurisdiction. INA § 242(a)(5), 8 U.S.C. § 1252(a)(5) provides that

"a petition for review filed with an appropriate court of appeals in accordance with this section,

shall be the sole and exclusive means for judicial review of an order of removal entered or issued

under any provisions of this Act[.]" As the present action is not an action to review a removal

order but simply an action to compel the Defendant USCIS to adjudicate a long and

unreasonably delayed I-130 petition for alien relative and the I-485 application for adjustment of

status, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361. Furthermore,

INA § 242(a)(2)(B), 8 U.S.C. § 1252(a)(2)(B), provides that no court shall have jurisdiction to

review either (i) "any judgment regarding the granting of" various forms of relief from removal,

or (ii) "any other decision or action  of the Attorney General or the Secretary of Homeland

Security the authority for which is specified…to be in the discretion of the Attorney General or

the Secretary of Homeland Security[.]" Because "the failure to adjudicate" a properly filed

petition for alien relative and application for adjustment of status is neither a judgment regarding

the granting of relief from removal nor a decision or action that is specified to be in the

discretion of the Attorney General or the Secretary of Homeland Security, the Court retains original mandamus jurisdiction over this claim. *See Liu v. Novak, supra* ("[T]he Court concludes that § 1252(a)(2)(B)(ii) does not eliminate this Court's jurisdiction over plaintiff's claim.")

## II. VENUE

4.   Venue is proper under 28 U.S.C. § 1391(e) because this is an action brought against officers and agencies of the United States in their official capacities, brought in the district where all three Defendants maintain their offices and where a substantial part of the events or omissions giving rise to the Plaintiffs' claim occurred.

## III. PARTIES

5.   The Plaintiff Jomana Faisal Musmar is a U.S citizen who resides at 5501 Seminary Road, Falls Church, Virginia 22041. The Plaintiff Jamil Fursan Jamil Asfour is a national of Jordan, spouse of Plaintiff Jomana Faisal Musmar, and resides at the same address. Plaintiff Jomana Faisal Musmar filed with the Defendant USCIS on behalf of her husband an I-130 petition for alien relative pursuant to 8 U.S.C. § 1154 on September 23, 2005, to qualify her husband as an immediate relative under 8 U.S.C. § 1151(b)(2)(A)(i). Plaintiff Jamil Fursan Jamil Asfour filed with the Defendant USCIS on September 23, 2005, an application for adjustment of status pursuant to 8 U.S.C. § 1255 (Form I-485). The USCIS expressly authorizes that both the I-130 petition for alien relative and the I-485 application for adjustment of status may be submitted concurrently.

6.   The Defendant EMILIO T. GONZALEZ is the Director of USCIS who is sued in his

official capacity, as well as his successors and assigns. The USCIS is assigned the adjudication of immigrant visa petitions, including I-130 petitions for alien relative such as the one filed by Plaintiff Jomana Faisal Musmar, as well as I-485 applications for adjustment of status to permanent residence filed pursuant to 8 U.S.C. § 1255, such as the one filed by Plaintiff Jamil Fursan Jamil Asfour.

7. The Defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department of Homeland Security ("DHS"). He is sued in his official capacity, as well as his successors and assigns. The DHS oversees the operations of the Defendant USCIS.

8. The Defendant ROBERT S. MUELLER is the Director of the Federal Bureau of Investigation ("FBI"). He is sued in his official capacity, as well as his successors and assigns. The FBI's duties are to ensure the timely completion of all requests for security background checks from the USCIS.

## IV. CAUSE OF ACTION

### A. Background Facts

9. Plaintiff Jomana Faisal Musmar is a naturalized U.S. citizen. *Exh. 2.* She and Plaintiff Jamil Fursan Jamil Asfour were married on September 18, 2005. *Exh.3.* On September 23, 2005, Plaintiff Jomana Faisal Musmar filed with USCIS a petition for alien relative, Form I-130, pursuant to 8 U.S.C. § 1154, to qualify her husband as an immediate relative pursuant to 8 U.S.C. § 1151(b)(2)(A)(i). Concurrently with the petition for alien relative, and in the same package of documents, Plaintiff Jamil Fursan Jamil Asfour filed with USCIS his application for adjustment of status to permanent resident under 8 U.S.C. §1255(a). *See Exh.* 1, filing receipts. On October 19, 2005, USCIS issued a Fingerprinting Notification directing Plaintiff Jamil Fursan Jamil Asfour to appear on November 10, 2005 at the USCIS Application Center for his

biometrics. Plaintiff complied with that requirement. *Exh. 4.* Additionally, USCIS Washington Field Office issued on February 10, 2006 an interview notice for both Plaintiffs to appear at their offices on April 27, 2006. *Exh. 5.* On that date, Plaintiffs were interviewed by a USCIS officer who remitted to them a letter stating a final decision could not be made on the application for adjustment of status to permanent residence pending the "G-325 FBI Name Check." *Exh.* 6. The USCIS letter further asks Plaintiffs to refrain from making an inquiry for at least 180 days. *Id.*

10. In April 2007, Plaintiff Jomana Faisal Musmar asked Representative Jim Moran to Inquire with USCIS on her and her husband's behalf regarding the status of their case. There have been no responses to that inquiry. *Exh. 7.*

11. On March 7, 2007, the Plaintiffs' former attorney made an inquiry to USCIS regarding the status of the case. On July 16, 2007, USCIS Headquarters in Washington D.C. responded that "[t]he processing of your client's case has been delayed. A check of our records establishes that his case is not yet ready for decision as the required investigation into his background remains open." *Exh. 8.*

12. The processing times posted on its internet website on September 15, 2007 by the Defendant USCIS states that the USCIS Washington Field Office is currently adjudicating applications for adjustment of status received on October 29, 2006. *Exh. 9.* Plaintiff's application for adjustment of status was filed on September 23, 2005, more than two years ago. Plaintiffs have complied with all requests made by the USCIS for an interview and documentation. The Defendants have not given the Plaintiffs any reason why Plaintiff Jamil Fursan Jamil Asfour's name check has been pending for the last two years without being properly completed.

**B. Claims**

13. The Defendants' continuing delay of 24 months and counting in failing to adjudicate the Plaintiffs' I-130 petition for alien relative and I-485 application for adjustment of status to permanent residence is per se unreasonable.

14. The D.C. District Court in *Liu v. Novak, supra,* has held that a four-year delay in adjudicating an application for adjustment of status due to security background checks was unreasonable. The *Liu* Court relied on the holding of *Telecommunications Research & Action Center("TRAC") v. FCC,* 750 F.2d 70 (D.C. Cir. 1984) to identify the factors relevant in determining whether agency delay is unreasonable:

> (1) the time agencies take to make decisions must be governed by a "rule of reason;" (2) where Congress has provided a timetable or other indication of the speed with which it expects the agency to proceed in the enabling statute, that statutory scheme may supply content for this rule of reason; (3) delays that might be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake; (4) the court should consider the effect of expediting delayed action on agency activities of a higher or competing priority; (5) the court should also take into account the nature and extent of the interests prejudiced by delay; and (6) the court need not find "any impropriety lurking behind agency lassitude in order to hold that agency action is 'unreasonably delayed.'"

*Liu v. Novak, supra* at 8*, citing Telecommunications Research & Action Center v. FCC, supra* at 80 (citations omitted).

15. In *Liu, supra,* Judge Sullivan ruled that with regard to the first TRAC factor, a four-year delay for a name check process described by the Defendants "as one where data is primarily retrieved from an electronic database, and only occasionally from paper records," to be unreasonable. *Id.* at 8. A two-year delay in Plaintiffs Jamil Fursan Jamil Asfour's case for the

same reason is similarly unreasonable. Judge Sullivan at footnote 4 noted that "Congress has not provided a timetable for this action, so the second TRAC factor is inapplicable." *Id.*

16. Judge Sullivan in *Liu* has further ruled that—

With regard to the third and fifth TRAC factors, [...] [t]he inability to obtain permanent resident status affects a wide range of important rights." [citing *Singh v. Still*, 470 F.Supp.2d 1064, 1070 (N.D.Cal.2007)]. For example, the delay prejudices plaintiff's ability to petition to immigrate close family members and adversely impacts his ability to seek United States citizenship. *See id.* Thus, these factors weigh in favor of finding the delay unreasonable.

*Liu v. Novak, supra* at 9. The delay in adjudicating his application for adjustment of status to permanent resident prejudices Plaintiff Jamil Fursan Jamil Asfour by depriving him of the ability to seek naturalization, and thus, of the right to vote in elections, and to petition close family members.

17. Regarding the fifth TRAC factor, like the plaintiff in *Liu, supra*, Plaintiff Jamil Fursan Jamil Asfour is not the subject of any active investigation.

18. The name check system has been described by the Defendants in other cases as being prioritized in order of application date. *See Liu v. Novak, supra,* at 9. Such a prioritization by application date was not followed in the case of Plaintiff Jamil Fursan Jamil Asfour, whose name check has been pending for two years while thousands of other cases filed after his were adjudicated.

19. Plaintiffs' petition/application have been neglected by the Defendants and the present two-year delay in adjudicating such petition/application is clearly unreasonable.

## PRAYER

WHEREFORE, Plaintiffs pray that this Court:

I.    Compel the Defendants and those acting under them to perform their duty to adjudicate Plaintiff Jomana Faisal Musmar's I-130 petition for alien relative and Plaintiff Jamil Fursan Jamil Asfour's I-485 application for adjustment of status to permanent residence within a reasonable time of no more than 30 days;

II.    Declare the Respondents' continued delay and inaction violates the APA;

III.    Grant reasonable attorney's fees and costs of court under the Equal Access to Justice Act;

IV.    Grant such other and further relief as this Court deems proper.


Respectfully submitted,


THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
(202) 429 1725

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

ASFOUR, JAMIL FURSAN JAMIL
MUSMAR, JOMANA FAISAL

## DEFENDANTS

GONZALEZ, EMILIO, Director, USCIS
CHERTOFF, MICHAEL, Secretary, USDHS
MUELLER, ROBERT, Director, FBI

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Fairafx, VA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)** Washington D.C.
NOTE. IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Thomas A. Elliot
Elliot & Mayock
1629 K Street NW Suite 1250
Washington D.C. 20006

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U S Government Plaintiff
○ 3 Federal Question (U.S Government Not a Party)
◉ 2 U S Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A–N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ○ A. *Antitrust*

☐ 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ◉ E. *General Civil (Other)*   OR   ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O  **G.** *Habeas Corpus/ 2255* | O  **H.** *Employment Discrimination* | O  **I.** *FOIA/PRIVACY ACT* | O  **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| O  **K.** *Labor/ERISA (non-employment)* | O  **L.** *Other Civil Rights (non-employment)* | O  **M.** *Contract* | O  **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  O 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. 1361; 5 U.S.C. 702, 704.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** _____    Check YES only if demanded in complaint
**JURY DEMAND:**  YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form

DATE  10/1/2007    **SIGNATURE OF ATTORNEY OF RECORD**  *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.; and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| Receipt Number: | | | Case Type: | |
|---|---|---|---|---|
| MSC-05-361-23245 | | | I-130 - Petition for Alien Relative | |
| Received Date: | Priority Date: | | Petitioner: | |
| September 23, 2005 | | | MUSMAR, JOMANA | |
| Notice Date: | Page      1 OF 1 | | Beneficiary: | |
| September 28, 2005 | | | ASFOUR, JAMIL | |

| JOMANA MUSMAR 5501 SEMINARY RD APT 901S FALLS CHURCH VA 22041 | Notice Type: | Receipt Notice |
|---|---|---|
| | Amount Received: | $185.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5129860                    0002722101                    Form I-797C (Rev. 11/28/03) N

| Receipt Number:<br><br>MSC-05-361-23243 | | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|---|
| Received Date:<br>September 23, 2005 | Priority Date: | Applicant:   A096637320<br>ASFOUR, JAMIL |
| Notice Date:<br>September 28, 2005 | Page    1 OF 1 | ASC Code:    3 |

| JAMIL ASFOUR<br>5501 SEMINARY RD APT 901S<br>FALLS CHURCH VA 22041 | Notice Type:       Receipt Notice<br><br>Amount Received:   $385.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

| U. S. Citizenship and Immigration Services<br>P.O. Box 648005<br>Lee's Summit, MO  64064<br>National Customer Service Center: 1-800-375-5283 |  |
|---|---|

VERIFY PRESENCE OF WATERMARK – HOLD TO LIGHT TO VIEW

# COMMONWEALTH OF VIRGINIA

DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

### CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER:**        145-82-007696

**NAME OF REGISTRANT:**     JOMANA FAISAL MUSMAR

**DATE OF BIRTH:**      FEBRUARY 7, 1982      SEX:   FEMALE

**PLACE OF BIRTH:**     ARLINGTON COUNTY, VIRGINIA

**MAIDEN NAME OF MOTHER:**     HIBA  KHAYATT

**AGE OF MOTHER:**     42

**MOTHER'S PLACE OF BIRTH:**     JORDAN

**NAME OF FATHER:**     FAISAL TAHIR MUSMAR

**AGE OF FATHER:**     43

**FATHER'S PLACE OF BIRTH:**     JORDAN

**DATE RECORD FILED:**     FEBRUARY 11, 1982

This is to certify that this is a true and correct reproduction or an abstract of the official record filed with the Division of Vital Records, Commonwealth of Virginia.

DATE ISSUED     **March     02, 2006**

**COMMONWEALTH OF VIRGINIA**

**MARRIAGE REGISTER**

BOOK 00125 / 1686

COPY A
FOR CLERK OF COURT

CIRCUIT COURT FOR CITY OR COUNTY OF

**FAIRFAX COUNTY, VIRGINIA**

CLERK'S NUMBER

2005 04175

| | | | |
|---|---|---|---|
| 1. FULL NAME (first) (middle) (last) OF GROOM **JAMIL FURSAN ASFOUR** | | | |
| GROOM | 2. AGE **27** Years | 3. DATE OF BIRTH (Month, Day, Year) **04/10/1978** | 4. PLACE OF BIRTH (state or foreign country) **JORDAN** |
| | 5. RACE **CAUCASIAN** | 6. NUMBER OF THIS MARRIAGE (first, second, etc.) **FIRST** | 7. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☐ |
| | 8. EDUCATION (Specify only highest grade completed) Elementary or Secondary (0-12) **12** College (1-4 or 5+) **5+** | 9a. USUAL RESIDENCE STREET ADDRESS OR RT. NUMBER **5501 SEMINARY ROAD, APT 901 SOUTH** | |
| | 9b. CITY OR TOWN OF RESIDENCE **FALLS CHURCH** | 9c. COUNTY (if independent city, leave blank) **FAIRFAX** | 9d. STATE (OR FOREIGN COUNTRY) **VIRGINIA** |
| | 10. NAME OF FATHER **FURSAN JAMIL ASFOUR** | 11. FULL MAIDEN NAME OF MOTHER **MAJIDA ZIAD MADI** | |

| | | | |
|---|---|---|---|
| 12. PRESENT NAME (first) (middle) (last) OF BRIDE **JOMANA FAISAL MUSMAR** | | MAIDEN SURNAME (if different) | |
| BRIDE | 13. AGE **23** Years | 14. DATE OF BIRTH (Month, Day, Year) **02/07/1982** | 15. PLACE OF BIRTH (state or foreign country) **VIRGINIA** |
| | 16. RACE **CAUCASIAN** | 17. NUMBER OF THIS MARRIAGE (first, second, etc.) **FIRST** | 18. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☐ |
| | 19. EDUCATION (Specify only highest grade completed) Elementary or Secondary (0-12) **12** College (1-4 or 5+) **5+** | 20a. USUAL RESIDENCE STREET ADDRESS OR RT. NUMBER **5501 SEMINARY ROAD APT 901 SOUTH** | |
| | 20b. CITY OR TOWN OF RESIDENCE **FALLS CHURCH** | 20c. COUNTY (if independent city, leave blank) **FAIRFAX** | 20d. STATE (OR FOREIGN COUNTRY) **VIRGINIA** |
| | 21. NAME OF FATHER **FAISAL TAHER MUSMAR** | 22. FULL MAIDEN NAME OF MOTHER **HIBA RADI KHAYYAT** | |

**MARRIAGE LICENSE**

23. TO ANY PERSON LICENSED TO PERFORM MARRIAGES
You are hereby authorized to join the above-named persons in marriage under procedures outlined in the statutes of the Commonwealth of Virginia

Date Issued **SEPTEMBER 02, 2005**
License Expires Sixty Days After Above Date

Signature by _____
Clerk of Court or Deputy

Date Received by Clerk of Court from Officiant **SEP 2 1 2005**

TO OFFICIANT
Complete and sign certificates on both copies

Return both copies within five days to Clerk of Circuit issuing license

Section 32 1-267 Code of Virginia

**MARRIAGE CERTIFICATE**

| 24. DATE OF MARRIAGE (Month, Day, Year) **9. 18 05** | 25. PLACE OF MARRIAGE (county or independent city) **Fairfax** VIRGINIA | 26. TYPE OF CEREMONY CIVIL ☐ RELIGIOUS ☒ |
|---|---|---|

27. I CERTIFY THAT I JOINED THE ABOVE-NAMED PERSONS IN MARRIAGE ON THE DATE AND AT THE PLACE SPECIFIED

SIGNATURE OF OFFICIANT ▶ _____

TITLE OF OFFICIANT **President, American Isl Imf Ctr**

Authorized to perform marriages by the Circuit Court for **Fairfax** (city or county) Virginia, in **1994** (year of authorization)

NAME OF OFFICIANT (type or print) **Dr. Anwar Hajjaj**

ADDRESS OF OFFICIANT **4212 King St. Alexandria, VA 22302**
(street or route number) (city or town) (state)

00125 1686

10.3.05



| **Fingerprint Notification** | | NOTICE DATE<br>10/19/2005 |
|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A096637320 |
| APPLICATION NUMBER<br>MSC0536123243 | CODE<br>3 | SERVICE CENTER<br>MSC |

PAGE
1 of 1

APPLICANT NAME AND MAILING ADDRESS
JAMIL ASFOUR
5501 SEMINARY RD APT 901S
FALLS CHURCH, VA 22041

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS ALEXANDRIA<br>8850 Richmond Highway<br>ALEXANDRIA, VA 22309 | 11/10/2005<br>12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available.     ☐ Wednesday afternoon     ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS ALEXANDRIA
8850 Richmond Highway
ALEXANDRIA, VA 22309

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
MSC0536123243

**WARNING!**
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C. Notice of Action**



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE February 10. 2006 |
|---|---|

| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | **A#** A 096 637 320 |
|---|---|---|---|
| **APPLICATION NUMBER** MSC0536123243 | **RECEIVED DATE** September 23, 2005 | **PRIORITY DATE** September 23, 2005 | **PAGE** 1 of 1 |

JAMIL FURSAN ASFOUR
5501 SEMINARY RD APT 901S
FALLS CHURCH VA 22041

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))*

**Who should come with you?**

☐ **If your eligibility is based on your marriage, your husband or wife must come with you to the interview.**
☐ **If you do not speak English fluently, you should bring an interpreter.**
☐ Your attorney or authorized representative may come with you to the interview.
☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**\*NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

☐ This Interview Notice and your Government issued photo identification.
☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
    ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
    ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
☐ Your Birth Certificate.
☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
☐ If you have children, bring a Birth Certificate for each of your children.
☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
    ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
    ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO:  U.S. Citizenship and Immigration Services 2675 PROSPERITY AVENUE 2ND FLOOR FAIRFAX VA 22031 | ON: Thursday, April 27, 2006 AT: 09:45 AM |
|---|---|
| 2 | APPLICANT COPY |

Form I-797C (Rev. 01/31/05) N



**U.S. Department of Homeland Security**
3675 Prosperity Avenue
Fairfax, VA 22031

U.S. Citizenship
and Immigration
Services

April 27, 2006                                                A96637320

Jamil Asfour:

You have just completed your interview for permanent residence in the United States. However, we are unable to complete your application and your case is continued.

If your case was continued for documents, you have been issued a Request for Evidence (Form I-72). Every effort must be made to submit requested documentation on or before the due date. Once requested documents have been submitted, please allow 120 days before making an inquiry. If your case was continued for G-325 FBI Name check or for receipt of a RAP Sheet, please allow 180 days before making an inquiry. Applicants whose adjustment cases are continued for reasons other than those addressed should allow 120 days from the date of interview before making an inquiry.

Your case was continued for:

☐ Documents (Form I-72 is attached) (Please wait 120 days after document submission before making an inquiry)

☒ G-325 FBI Name Check (There are no means in which to predict the amount of time security checks will require to clear, therefore, please wait 180days after the date of interview before making an inquiry)

☐ FBI Rap Sheet (Please wait 180days after the date of interview before making an inquiry)

☐ Other:          ; (Please wait 120days after the date of interview before making an inquiry)

If the processing time stated above elapses and you have not been notified by this office about your case, you may make an INFOPASS appointment via the Internet at www.infopass.uscis.gov; under the section for the type of appointment. Upon completion of your case, you will receive notification of the decision reached in your case.

Sincerely,

Phyllis A. Howard
District Director, Services

**INTERVIEWING OFFICER:** _____

**www.dhs.gov**

Dear Congressman Moran,

My name is Jomana Musmar and my husband and I reside within your district. My family and I are Arab American and are all your devout constituents. The purpose of this letter is to ask for your help in receiving my husband's green card. I am sure you receive many letters in regards to this same issue, yet our case has made our life and our family's life very difficult.

My husband, Jamil Asfour (SSN: 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), has been living in the US since 1995 legally for 12 years now with a crystal clear record. I am a US citizen, and we have been married since 9/19/2005. After our marriage, we interviewed with the USCIS office on 4/27/2006, and my husband has been on FBI background check since that time. Every time we have checked to see the status on the name check, the only words we hear from the INS are "there is nothing we can do about it." This delay in processing has interfered with our marital and work life. Every December since 2005, we go through the agony of awaiting his work permit, and travel documents to be sent since they are never sent on time. He works for Symantec, which as you know and he needs to travel quite a bit. With the uncertainty in his papers status, he is unable to travel when assigned, which has placed a burden on his job security. Another compromise to his job security is our constant fear of a delay in the mailing of his work permit year to year. He supports our family, and without a work permit, he will be unable to do so, and our life will be very difficult since I am still a full time student.

I ask for your help and assistance in this matter. I hope that something can be done to expedite the process for my husband to pass his name check, and to receive his green card, and give myself and family peace of mind. We are hardworking, taxpaying Americans and are proud to be that. And I pray for the day when he does not have to carry over a twenty pages of identification and documentation when he travels back from a business trip to our home and family in Virginia.

If anything else is needed, I will be more than happy to supply you with that information. I can be reached at anytime at 571-277-6533, and he can be reached at 703-600-9700. I thank you for taking the time to read this, and I hope a resolution can be found.

Sincerely,

Your loyal constituent
Jomana Musmar
5501 Seminar Rd
Apt 901 S
Falls Church, VA 22041
jomanamusmar@hotmail.com

U.S. Department of Homeland Security
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

Mr. Glen Wasserstein, Esquire
Immigration Law Group, P.C.
Suite 700
1015 18th Street, Northwest
Washington, DC 20036

**JUL 1 6 2007**

Dear Mr. Wasserstein:

Thank you for your letter dated March 7, 2007, to the US Citizenship and Immigration Services
Ombudsman (CISO). Your letter concerning the status of your client Mr. Jamil Fursan Asfour A96
637 320 pending background investigation was forwarded to the Customer Assistance Office for a
response and assigned case # 645567.

The processing of your client's case has been delayed. A check of our records establishes that his
case is not yet ready for decision as the required investigation into his background remains open.
We understand the concern which has caused you to write on behalf of your client.

Until the background investigation is completed, we cannot move forward on his case. These
background checks are required to be completed on all applicants who apply for the immigration
benefit he is seeking. Attached you will find two enclosures with detailed information regarding why
the process exists, how it works and when the process can be expedited.

While an exact date for completion of your background check cannot be given at this time, we will
make every effort to make a decision on this case as soon as the background checks have been
completed.

We appreciate your continued patience. If you need additional assistance and/or filing instructions,
we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our
web site at www.uscis.gov.

Mr. Glen Wasserstein, Esquire
Page 2


You may also consult the enclosed USCIS Update entitled USCIS clarifies criteria to Expedite FBI Name Check. Also attached is a Fact Sheet entitled Immigration Security Checks-How and Why the Process Works.

We trust that this information is helpful.

Sincerely,

Constance L. Carter, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures: USCIS Update entitled "USCIS clarifies criteria to Expedite FBI Name Check."
Fact Sheet entitled "Immigration Security Checks-How and Why the Process Works."



Home   Contact Us   Site Map   FAQ

Search
Advanced Search



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page | Back

## U.S. Citizenship and Immigration Services
## Washington DC Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Washington DC** Posted September 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 29, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 29, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 30, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | November 19, 2006 |
| N-600 | Application for Certification of Citizenship | May 01, 2007 |

Print This Page    |    Back

**09-19-2007 11:04 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security