# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIL FURSAN JAMIL ASFOUR,<br>JOMANA FAISAL MUSMAR,<br><br>        Plaintiffs,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship & Immigration<br>Services, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV1764 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for the defendants in the above-captioned case.

                                                      Respectfully submitted,

                                                      /s Robin M. Meriweather
                                                   ROBIN M. MERIWEATHER, DC Bar # 490114
                                                   Assistant United States Attorney
                                                   555 Fourth St., N.W.,
                                                   Washington, D.C. 20530
                                                   202-514-7198/ FAX 202-514-8780
                                                   Robin.Meriweather2@usdoj.gov