UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIL ASFOUR, et al., ) | |
| ) | |
| Plaintiffs ) | Case No. 1:07CV01764 (RMU) |
| ) | |
| v. ) | |
| ) | |
| EMILIO T. GONZALEZ, ) | |
| et al. ) | |
| ) | |
| Defendants ) | |

### CONSENT MOTION FOR ENLARGEMENT OF TIME

1. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs move for a two-week enlargement of time in which to respond to Defendants' "Motion to Dismiss or to Transfer," filed on January 9, 2008. Undersigned counsel intends to file an opposition to Defendants' "Motion to Dismiss or to Transfer." Due to undersigned counsel's prior commitments, undersigned counsel will need until February 1, 2008 to respond to Defendants' motion.

2. Undersigned counsel's office has spoken with Defendants' counsel on January 16, 2008 regarding this request for enlargement of time, and Defendants' counsel has consented to an enlargement of time until February 1, 2008.

For the foregoing reasons, Plaintiffs respectfully request that this consent motion for an enlargement of time be granted.[1]

Dated: January 16, 2008

                                                    Respectfully submitted,

---

[1] Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

2

                          /s/
THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2007, I caused the foregoing Consent Motion for Enlargement of Time to be served on Defendants, by first class mail, postage prepaid, addressed as follows:

Robin M. Meriweather
Assistant United States Attorney
555 Fourth Street N.W.
Washington D.C. 20530

                                                _____
                                                THOMAS A. ELLIOT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMIL ASFOUR, et al.,** | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 1:07CV01764 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| **EMILIO T. GONZALEZ,** et al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

**UPON CONSIDERATION** of Plaintiffs' consent motion for enlargement of time, it is hereby **ORDERED** that the Motion is **GRANTED**. PlaintiffS shall respond to Defendants' "Motion to Dismiss or To Transfer" on or before February 1, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008