## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIL ASFOUR, et al.,  )<br>  )<br>    Plaintiffs  )<br>  )<br>    v.  )<br>  )<br>EMILIO T. GONZALEZ,  )<br>et al.  )<br>  )<br>    Defendants  )<br>  ) | Case No. 1:07CV01764 (RMU) |

### ERRATA

Plaintiffs submit this Errata to correct an error in the Consent Motion for Enlargement of Time filed on January 17, 2008 (Dkt. Entry 5-1). The Motion contains a certificate of service on page 3 that was erroneous and should be disregarded. As the Consent Motion was filed electronically, there is no need of a Certificate of Service. *See* LCvR5.4(d)(2). Therefore, please disregard the Certificate of Service.

Respectfully submitted,

_____/s/_____
THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1629 K Street N.W., Suite 1250
Washington D.C. 20006
tom@elliotlaw.com