UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIL FURSAN JAMIL ASFOUR, <br> JOMANA FAISAL MUSMAR, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, <br> United States Citizenship & Immigration <br> Services, et al., <br><br> Defendants. | Case Number: 1:07CV1764 (HHK) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

_____
Thomas Elliot
Fabienne Chatain
Elliot & Mayock
Suite 120, 1629 K Street NW
Washington, DC 20006

*Counsel for Plaintiffs*

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

Dated: February 11, 2008

*Counsel for Defendants*